### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:07-00223-01 |
| v. ) | Judge Trauger |
| ) | |
| REGGIE K. JACKSON ) | |

### **O R D E R**

It is hereby **ORDERED** that a hearing will be held on the Petition to Revoke Supervision (Docket No. 206) on Monday, November 26, 2012, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 23rd day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge