> **GRANTED, and the March 22, 2013 Revocation Hearing is RESET to April 22, 2013 at 3:30 p.m.**
>
> *[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:07-00223 |
| | ) | Judge Trauger |
| | ) | |
| REGGIE K. JACKSON | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Comes the defendant and hereby moves the Court to continue the revocation hearing in this matter. In support of this motion, defendant would state and show that the alleged violation in this case is based on a State arrest of Mr. Jackson. Since this matter was last set, a preliminary hearing in the State case was held on February 22, 2013, but not completed. The preliminary hearing is now re-set for completion on April 18, 2013. Counsel has spoken with Assistant United States Attorney Brent Hannafan about the pending revocation and this motion, and Mr. Hannafan advises that he has no objection to the requested continuance.

Counsel has spoken with Mr. Jackson's State appointed attorney who advised that if Mr. Jackson's state charge is bound over to the grand jury it will likely be indicted and arraigned in July.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047