## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:07-00223-01 |
| v. ) | Judge Trauger |
| ) | |
| REGGIE K. JACKSON ) | |

### O R D E R

It is hereby **ORDERED** that the hearing on the Petition to Revoke Supervision (Docket No. 206) is **RESET** for hearing on Monday, October 7, 2013, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 20th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge