# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:07-00223 |
| v. ) | Judge Trauger |
| ) | |
| [1] REGGIE K. JACKSON ) | |

## **O R D E R**

It is hereby **ORDERED** that the revocation hearing continued from October 7, 2013 is RESET for Monday, December 9, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 7th day of October 2013.

                                                                ALETA A. TRAUGER
                                                                U.S. District Judge